# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MEYER DISTRIBUTING, INC.,<br><br>Defendant. | Civil Action No. 3:25-CV-00004-MPB-CSW<br>Honorable Judge Mathew P. Brookman |

### PLAINTIFF'S UNOPPOSED MOTION TO ENTER CONSENT DECREE

The United States of America, on behalf of the U.S. Environmental Protection Agency, respectfully moves this Court to enter the Consent Decree lodged in this action on January 6, 2025. ECF No. 3-1. If entered, the proposed Consent Decree will resolve the Clean Air Act violations the United States alleged against Defendant Meyer Distributing, Inc. in its Complaint. ECF. No. 1.

The Justice Department published notice of the proposed Consent Decree in the Federal Register, providing opportunity for public comment for 30 days. 90 Fed. Reg. 2746-47 (Jan. 13, 2025). The public comment period has expired, and the United States received no comments.

The United States's Memorandum in Support of this uncontested motion demonstrates that the proposed Consent Decree meets the well-established standard required for a court to approve a settlement negotiated by the federal government: it is fair, reasonable, adequate, and consistent with the purposes of the Act. *See United States v. George A. Whiting Paper Co.*, 644

F.3d 368, 372 (7th Cir. 2011).  No order is attached because the proposed Consent Decree has a signature page for the Court.  ECF. No. 3-1 at 38.

The United States respectfully requests that the Court sign and enter the proposed Consent Decree.

Respectfully submitted,

                            ADAM R.F. GUSTAFSON
                            Acting Assistant Attorney General
                            Environment and Natural Resources Division
                            U.S. Department of Justice

Date:   June 10, 2025                      _____
                            JESSICA DURNEY
                            Trial Attorney
                            Environmental Enforcement Section
                            Environment and Natural Resources Division
                            United States Department of Justice
                            P.O. Box 7611
                            Washington, DC 20044
                            (202) 514-4592
                            Jessica.Durney@usdoj.gov